UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEHM OIL COMPANY, INC., | § | CIVIL ACTION No. 02-2019 |
| Plaintiff, | § § § | |
| | § | JUDGE GARY L. LANCASTER |
| SKY BANK, Successor to Three Rivers Bank and Trust, | § § § | MAGISTRATE JUDGE AMY REYNOLDS HAY |
| Intervenor-Plaintiff, | § § | |
| vs. | § § | |
| | § | ELECTRONICALLY FILED |
| THE LITTLE EAGLE, III, a/k/a THE LITTLE EAGLE, THE AMANDA JEAN, IN REM, TONOMO MARINE, INC., TONOMO II, INC., IN PERSONAM, and UNITED STATES OF AMERICA, | § § § § § § § | |
| Defendants. | § | |

## ORDER FOR CONFIRMATION OF SALE OF THE LITTLE EAGLE III

The records in this action indicate that no objection has been filed with the Clerk of Court concerning the sale of the LITTLE EAGLE III, which was conducted on January 10, 2006, at 10:00 am in Courtroom 6B on the Sixth Floor of the U.S. Post Office and Courthouse, Seventh Avenue and Grant Street, Pittsburgh, Pennsylvania 15219, in accordance with the Order of Sale of the LITTLE EAGLE III and the AMANDA JEAN issued by this Honorable Court on November 30, 2005. Therefore, pursuant to Local Admiralty Rule (e)(12), it is hereby:

(1) ORDERED that the U.S. Marshals' Sale of the LITTLE EAGLE III to River Salvage Company, Inc., as the highest bidder at public auction after publication of a notice of sale, as required by Local Admiralty Rule (e)(12), is hereby CONFIRMED as of today's date;

{20802.02/337839:}

(2) ORDERED that the U.S. Marshals Service for the Western District of Pennsylvania is hereby authorized and directed to issue a Bill of Sale to River Salvage Company, Inc. for the LITTLE EAGLE III; and it is further

(3) ORDERED that title of the LITTLE EAGLE III shall pass to River Salvage Company, Inc. free and clear of any and all liens, judgments, claims, and encumbrances of any kind whatsoever.

Dated: 1/18/06

BY THE COURT:

_____
GARY L. LANCASTER
United States District Judge